

CARLO D'ANGELO, PC
Attorney at Law

MEMBER:
State Bar of Texas
The Florida Bar

100 East Ferguson, Ste 1210
Tyler, Texas, 75702
903.595.6776 Tel
903.407.4119 Fax
carlo@dangelolegal.com
DangeloLegal.com

August 21, 2015

Office of the Clerk
United States Court of Appeals
Fifth Judicial Circuit
600 Maestri Place
New Orleans, Louisiana 70130

    Re:    Notice and Order to Show Cause
            USA v. Delfino Bustos
            Case No. 14-51107

TO THE CLERK OF THE COURT:

Please accept this letter in response to your Show Cause Order of August 19, 2015. As set forth in the Order, paper copies of Appellant's brief were due on or before Monday, August 17, 2015. The undersigned, however, failed to deliver the brief to a commercial copy center for printing and binding prior to the close of business on Friday, August 14, 2015 and was therefore unable to mail the copies in a timely fashion. On Monday, August 17, 2015, the undersigned printed, bound and mailed paper copies to the Court. Paper copies were received by the Clerk of Court on August 19, 2015. Kindly excuse my oversight in this matter.

Sincerely,

Carlo D'Angelo
Texas State Bar No. 24052664

cc:

NORTH TEXAS*
3500 Maple Ave., Ste 400
Dallas, Texas, 75219

FLORIDA*
200 S.E. 6th Street
Ft. Lauderdale, Florida, 33301

*By appointment only